UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation; AMERICAN STATES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiffs,<br>v.<br><br>GONE FISHING, INC. dba SIDEDOOR and Does 1-20,<br><br>Defendants. | CASE NO. 2:13-CV-01967-LKK-EFB<br><br>ORDER GRANTING AMERICAN ECONOMY INSURANCE COMPANY AND AMERICAN STATES INSURANCE COMPANY'S REQUEST FOR CONTINUANCE OF STATUS CONFERENCE |

Having considered American Economy Insurance Company and American States Insurance Company's (collectively "Plaintiffs") Request for Continuance of Status Conference, **IT IS HEREBY ORDERED** that the foregoing request is granted and the Status Conference is continued from November 12, 2013, to December 2, 2013 at 11:00 a.m., in Courtroom 4 of the above-entitled Court. The parties are reminded of their obligation to file status reports 14 days prior to the status conference.

DATED: November 6, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1