JAMES J.S. HOLMES (STATE BAR NO.126779)
*james.holmes@sedgwicklaw.com*
SEDGWICK LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:   213.426.6900
Facsimile:    213.426.6921

Attorneys for Plaintiffs
AMERICAN ECONOMY INSURANCE
COMPANY and AMERICAN STATES
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation; AMERICAN STATES INSURANCE COMPANY, an Indiana corporation,<br><br>              Plaintiffs,<br>     v.<br><br>GONE FISHING, INC. dba SIDEDOOR and Does 1-20,<br><br>              Defendants. | Case No. 2:13-CV-01967-LKK-EFB<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs, American Economy Insurance Company ("AEIC") and American States Insurance Company ("ASIC"), and Defendant, Gone Fishing dba Sidedoor, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and would show the court as follows:

1.  Plaintiffs filed their Original Complaint for Declaratory Judgment on September 23, 2013.

2.  Plaintiffs now request a dismissal of the instant suit.

3.  Defendant Gone Fishing dba Sidedoor is the only defendant that has answered and appeared in this matter and agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This action is not governed by any statute of the United States that requires an order of the Court for dismissal of this case.

6. Plaintiffs have not dismissed an action based on or including the same claim or claims as those presented in this suit.

7. This dismissal is with prejudice.

8. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby stipulate to a voluntary dismissal of the instant action.

DATED: January 9, 2014        SEDGWICK LLP

By: */s/ James J.S. Holmes*
James J.S. Holmes (State Bar No.126779)
*james.holmes@sedgwicklaw.com*
Attorneys for Plaintiffs

MINARET LEGAL, APC

By: */s/ John S. Manzano* (as authorized on 01/09/2014)
John S. Manzano (State Bar No. 170546)
*jmanzano@mammothattorney.com*
Attorneys for Defendant

IT IS SO ORDERED.

DATED: January 16, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

STIPULATION OF DISMISSAL